UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUTH KNAUS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 14-1625 |
| ) | |
| CAROLYN W. COLVIN, ) | JUDGE COHILL |
| Acting Commissioner ) | |
| Of Social Security, ) | *(Electronic Filing)* |
| ) | |
| Defendant. ) | |

## ORDER

AND NOW, this __19th__ day of __July__, 2016, upon consideration of the afore-stated Stipulation, it is hereby,

**ORDERED** that Plaintiff, **Ruth Knaus**, is awarded attorney fees under the EAJA in amount of **Three Thousand Eight Hundred dollars and 00/00 cents ($3,800.00)**. These attorney fees will be paid directly to Plaintiff, **Ruth Knaus**, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

BY THE COURT:

_Maurice B. Cohill Jr._
J.